| | | |
|---|---|---|
| People v Perez | 2d Dept: 148 AD3d 830 (Kings) | denied 6/15/17 (DiFiore, Ch. J.) |
| People v Perez-Vazquez | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 135(A) (Kings) | denied 6/12/17 (DiFiore, Ch. J.) |
| People v Peterson | 1st Dept: 149 AD3d 595 (NY) | denied 6/14/17 (Rivera, J.) |
| People v Phinazee | 1st Dept: 146 AD3d 531 (NY) | denied 6/8/17 (Wilson, J.) |
| People v Pigford | 3d Dept: 148 AD3d 1299 (Columbia) | denied 6/27/17 (Wilson, J.) |
| People v Pilgrim | 1st Dept: 146 AD3d 478 (Bronx) | denied 6/7/17 (DiFiore, Ch. J.) |
| People v Pryce (Wayne) | 4th Dept: 148 AD3d 1625 (Ontario) | denied 6/26/17 (Stein, J.) (Appeal No. 1) |
| People v Pryce (Wayne) | 4th Dept: 148 AD3d 1629 (Ontario) | denied 6/26/17 (Stein, J.) (Appeal No. 2) |
| People v Puryear | 4th Dept: 148 AD3d 1724 (Monroe) | denied 6/20/17 (Garcia, J.) |
| People v Rahman | App Div, 1st Dept: 2016 NY Slip Op 88831(U) (NY) | denied 6/12/17 (Garcia, J.) |
| People v Ramirez | 2d Dept: 146 AD3d 987 (Queens) | denied 6/23/17 (Rivera, J.) |
| People v Record | 4th Dept: 148 AD3d 1651 (Ontario) | denied 6/8/17 (Garcia, J.) |
| People v Reyes | 1st Dept: 149 AD3d 478 (NY) | denied 6/23/17 (DiFiore, Ch. J.) |
| People v Richardson | 1st Dept: 147 AD3d 577 (NY) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Rigoberto | App Term, 1st Dept: 55 Misc 3d 127(A) (NY) | denied 6/15/17 (Wilson, J.) |
| People v Riley | App Div, 2d Dept: 2017 NY Slip Op 69731(U) (Queens) | dismissed 6/12/17 (Stein, J.) |
| People v Roach | 4th Dept: 147 AD3d 1423 (Onondaga) | denied 6/15/17 (Rivera, J.) |
| People v Robinson (Adam) | 4th Dept: 147 AD3d 1351 (Oswego) | denied 6/22/17 (Wilson, J.) |
| People v Robinson (Larry) | 2d Dept: 150 AD3d 767 (Kings) | denied 6/28/17 (Rivera, J.) |
| People v Rock | 2d Dept: 143 AD3d 921 (Dutchess) | denied 6/6/17 (Rivera, J.) (Appeal Nos. 1 and 2) |
| People v Rodas (Felepe) | 1st Dept: 149 AD3d 523 (NY) | denied 6/27/17 (Fahey, J.) |
| People v Rodas (Felipe) | 1st Dept: 149 AD3d 523 (NY) | denied 6/27/17 (Fahey, J.) |
| People v Rodriguez (Bernard) | 1st Dept: 149 AD3d 464 (NY) | denied 6/30/17 (Rivera, J.) |
| People v Rodriguez (Carlos) | App Term, 1st Dept: 54 Misc 3d 135(A) (NY) | denied 6/8/17 (Wilson, J.) |